IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 22-cv-01977 |
| | ) |
| P.F. CHANG'S CHINA BISTRO, INC. | ) Judge Mary M. Rowland |
| | ) Magistrate Judge Heather K. McShain |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT
TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, Howard Cohan and the Defendant P. F. Chang's China Bistro, Inc., through their respective attorneys of record, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| HOWARD COHAN | P.F. CHANG'S CHINA BISTRO, INC. |
|---|---|
| By: /s/ *Marshall J. Burt* | By: /s/ *Quinn P. Donnelly* |
| Marshall J. Burt, Esq. | Kirsten A. Milton, Esq. |
| The Burt Law Group, Ltd. | Quinn P. Donnelly, Esq. |
| 77 W. Washington, Ste 1300 | Jackson Lewis P.C. |
| Chicago, IL 60602 | 150 North Michigan Avenue, Suite 2500 |
| 312-419-1999 | Chicago, IL 60601 |
| Marshall@mjburtlaw.com | (312) 803 2550 |
| | Kirsten.Milton@jacksonlewis.com |
| | Quinn.Donnelly@jacksonlewis.com |